UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| HOLLY CASH, | No. 3:14-cv-03037-LB |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |
| v. | |
| PANCHO'S MEXICAN GRILL, et al., | |
| Defendants. | |

The docket sheet references no activity since the January 2015 referral for mediation. The court previously issued a text entry order noting that this lack of activity likely was because the parties settled, directing the parties to file a dismissal or a status report by September 24, 2015, and setting a case-management conference for October 1, 2015 at 11 a.m. as a control date. The parties did not file a dismissal or a status report.

Under the circumstances, the court converts the control date into a show-cause hearing, resets it to October 1, 2015 at 2:30 p.m., and orders the parties to appear personally. Filing a stipulated dismissal by 2 p.m. on Tuesday, September 29, 2015, will discharge the order to show cause and vacate the hearing. The parties in any event must file an update by then. The plaintiff is warned that failure to do this may result in dismissal of the case without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 25, 2015

_____
LAUREL BEELER
United States Magistrate Judge

No. 3:14-cv-03037-LB
ORDER TO SHOW CAUSE

Case 3:14-cv-03037-LB   Document 17   Filed 09/25/15   Page 2 of 2