THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:   415/444-5800
Facsimile:    415/674-9900
tfrankovich@disabilitieslaw.com

Attorney For Plaintiff
HOLLY CASH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY CASH,<br><br>  Plaintiff,<br><br>v.<br><br>PANCHO'S MEXICAN GRILL; 3430-3440 GEARY BOULEVARD LLC, a California Limited Liability Company; and CAL- SOL CONCEPTS LLC, a California Limited Liability Company dba PANCHO'S MEXICAN GRILL,<br><br>  Defendants. | **CASE NO. 14-cv-03037-LB**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2), including all pending cross claims. Outside of the terms of the Settlement Agreement and Releases In Full ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

1      This stipulation may be executed in counterparts, all of which together shall constitute
2 one original document.

4 Dated: October 1, 2015      THOMAS E. FRANKOVICH
                                     *A PROFESSIONAL LAW CORPORATION*

6                                    By:    */s/Thomas E. Frankovich*
                                                  Thomas E. Frankovich
7                                    Attorney for Plaintiff HOLLY CASH

9 Dated: Oct 1, 2015      MCNEIL, SILVEIRA, RICE, WILEY & WEST

11                                   By: _/s/ Mark J. Rice_____
                                                  Mark J. Rice
12                                   Attorney for Defendants 3430-3440 GEARY
                                    BOULEVARD LLC, a California Limited Liability
13                                   Company; and CAL- SOL CONCEPTS LLC, a
                                    California Limited Liability Company dba
14                                   PANCHO'S MEXICAN GRILL

## **ORDER**

17      IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
18 Fed.R.Civ.P.41(a)(2), including all pending cross claims. IT IS FURTHER ORDERED that the
19 Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and
20 Releases In Full should such enforcement be necessary

22 Dated: October 1, 2015      _/s/ LB_____
23                                            Honorable Laurel Beeler
24                                            United States Magistrate Judge of California